# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0725
_____

TRAVIS DEAN SESCO,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Judge.

October 18, 2018

PER CURIAM.

   In this appeal pursuant to *Anders v. California*, 386 U.S. 738 (1967), we affirm the revocation of Appellant's probation and the resulting judgment and sentence. However, we remand for the trial court to enter a corrected order of revocation of probation reflecting, consistent with its oral pronouncement, that the revocation was based only on the new law offense violations of driving while license suspended, battery on a law enforcement officer, and resisting officer without violence. *See Werley v. State*, 208 So. 3d 832 (Fla. 1st DCA 2017). Appellant need not be present.

WOLF, LEWIS, and ROWE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.